FILED

APR 07 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Felipe Alejandro GARCIA-Lara,<br><br><br>                    Defendant. | Magistrate Case No. '08 MJ 8303<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 5, 2008, within the Southern District of California, defendant Felipe Alejandro GARCIA-Lara did knowingly and intentionally import approximately 48.42 kilograms (106.52 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH, DAY OF APRIL 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Jerry A. Conrad, declare under penalty of perjury, the following is true and correct:

On April 5, 2008, Felipe Alejandro GARCIA-Lara entered the United States through the Calexico, California West Port of Entry. GARCIA was the driver and sole occupant of a gold 1990 Volkswagen Golf, bearing Baja California, Mexico license plates BCB3483. US Customs and Border Protection Officers discovered 27 packages, concealed within the quarter panels and rear seat of the vehicle.

One of the packages was probed and leafy green substance was extracted, which subsequently field tested positive for marijuana. The 27 packages had a combined weight of 48.42 kilograms (106.52 pounds).

GARCIA was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. GARCIA acknowledged and waived his Miranda Rights. GARCIA thought that there might be narcotics concealed within the gas tank of the vehicle and stated that he was to be paid $1,600.00 for this smuggling venture. GARCIA were processed and booked into the Imperial County Jail to await his initial appearances before a U.S. Magistrate Judge.

Executed on _APRIL 5, 2008_ (date) at _2309_ (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on April 5, 2008 in violation of Title 21, United States Code, Section(s) 952 and 960.

_____
United States Magistrate Judge

_4-6-08 @ 5:27 a.m._
Date/Time