UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff,  )<br>              )<br>v.            )<br>              )<br>FELIPE ALEJANDRO GARCIA-LARA,  )<br>              )<br>        Defendant.  )<br>_____) | Case No. 08mj8303<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101


Dated:  April 9, 2008                /s/  Erick  L.  Guzman
                                     ERICK L. GUZMAN
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     E-mail: erick_guzman@fd.org