AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Felipe A. Garcia Lara

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1407-L

I, _Felipe Garcia-Lara_, the above named defendant, who is accused of Title _21_, U.S.C., Sec. _952, 960 - Importation of a Controlled Substance, Marijuana_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on ___5-1-08___ prosecution by indictment and consent that the proceeding
            Date
may be by information rather than by indictment.

X _Felipe_
**Defendant**

_____
**Counsel for Defendant**

Before _____
       **JUDICIAL OFFICER**